IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| JESSE R. ELI and<br>others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>MILES ENTERPRISES, LLC, d/b/a<br>CUSTOM MEDIA SERVICES, and<br>MICAH J. MILES,<br><br>　　　　　Defendants. | No.: 3:13-cv-0093<br>Judge Kevin Sharp<br>Magistrate Judge Bryant<br><br>FLSA COLLECTIVE ACTION<br>JURY DEMANDED |

## PROPOSED ORDER OF DISMISSAL

COMES NOW the Plaintiff, Jesse R. Eli, by and through counsel, and advises the Court that all issues between Plaintiff and Defendants, Miles Enterprises, LLC d/b/a Custom Media Services and Micah J. Miles, have been resolved, and that all claims by the parties should be dismissed with prejudice.

It is accordingly ORDERED, ADJUDGED and DECREED that the claims in this action are dismissed.

ENTERED this 48vj "f c{ "qh"O ctej "42360

_____
KEVIN H. SHARP
United States District Judge

SUBMITTED FOR ENTRY:

GILBERT RUSSELL McWHERTER PLC

s/ Michael L. Russell
MICHAEL L. RUSSELL (TN 20268)
5409 Maryland Way, Suite 150
Brentwood, Tennessee  38027
Telephone:  615-354-1144
Email:  mrussell@gilbertfirm.com

CLINTON H. SCOTT (TN 23008)
101 North Highland Avenue
Jackson, Tennessee  38301
Telephone:  731-664-1340
Facsimile:  731-664-1540
Email:  cscott@gilbertfirm.com

*ATTORNEYS FOR PLAINTIFF AND
OTHERS SIMILARLY SITUATED*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and exact copy of the foregoing on the 26th day of March, 2014 by mailing first class via U.S. Mail, postage prepaid to the following:

Christopher W. Cardwell
Mary Taylor Gallagher
GULLETT, SANFORD, ROBINSON
& MARTIN, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201

s/ Michael L. Russell